
FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 13 2015

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARK V. POWELL &
ANTHONY DOS SANTOS

        Plaintiffs,

vs.

BOB'S DISCOUNT FURNITURE, LLC

        Defendant.

Civil Case No. 14-cv-491-DKC

### ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Joint Motion for Approval of Settlement filed by Plaintiffs Mark V. Powell and Anthony Dos Santos (collectively, hereinafter referred to as "Plaintiffs") and Defendant Bob's Discount Furniture, LLC (hereinafter "Defendant"), the Court hereby GRANTS the Motion and approves the settlement between Plaintiffs and Defendant (hereinafter, collectively referred to as "the Parties") based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that the offer of settlement is fair and reasonable and is an equitable compromise of disputed facts and claims.

2. In addition, the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court.

3. The Court finds that the settlement was the product of arms' length negotiations between Counsel for the Parties, who are experienced in the field of FLSA litigation.

4. The attorneys' fees and costs to be paid under the settlement agreement are separately stated and Counsels have provided sufficient information to permit the Court to

conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate. The amount allocated for attorneys' fees and costs bear a reasonable relationship to the amount of time expended by counsel, and the amount being paid to Plaintiffs under the Agreement.

WHEREFORE, the Court hereby Orders that:

- The Joint Motion for Approval be and is hereby GRANTED;

- The Settlement is APPROVED; and

- This case is DIMISSED WITH PREJUDICE in its entirety, with each Party to bear their own attorneys' fees and costs (except as specifically noted in the Settlement Agreement).

April 13, 2015
Date

_/s/ Deborah Chasanow_
The Honorable Deborah K. Chasanow
United States District Judge